**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hypercom Corporation, | ) |
| Plaintiff, | )   No. CV 04-0400-PHX-PGR |
| vs. | )   ORDER |
| Verve L.L.C. and Omron Corporation, | ) |
| Defendants. | ) |

IT IS ORDERED that Hypercom's Motion to Unseal the ITC Order No. 48 (Doc. 61 is GRANTED.

IT IS FURTHER ORDERED that Defendant Omron Corporation's Motion to Stay Discovery and Pending Litigation (Doc. 70) is DENIED pursuant to the Court's ruling during the Scheduling Conference on Monday, November 21, 2005.

Dated this 21th day of November, 2005.

Paul G. Rosenblatt
United States District Judge