**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hypercom Corporation, | ) | No. CV 04-0400-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Omron Corporation, | ) | |
| Defendant. | ) | |

The Court, having considered the parties' stipulation to extend by two-days the due date for filing plaintiff Hypercom Corporation's Response to Omron Corporation's Motion for Summary Judgment,

IT IS ORDERED that plaintiff Hypercom Corporation shall have until December 23, 2005 to file its response to Omron Corporation's Motion for Summary Judgment.

DATED this ____ day of December, 2005.

Paul G. Rosenblatt
United States District Judge