**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hypercom Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Verve L.L.C., and Omron Corporation,<br><br>　　　　Defendants. | CAUSE NO. CV04-0400 PHX PGR<br><br>**ORDER ON MOTION TO EXCEED PAGE LIMITS FOR OMRON CORPORATION'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

　　　Defendant Omron Corporation ("Omron") has moved the Court for permission to exceed by two pages the page limits for its Reply In Support Of Motion For Summary Judgment. The Court, being fully advised, now GRANTS the motion.

　　　IT IS ORDERED that Omron shall be permitted to exceed the page limits under Local Rule (7.2)(e) by two pages and file a reply, including its supporting memorandum, in support of Omron Corporation's Motion for Summary Judgment that is 13 pages or less.

　　　DATED this 10th day of January, 2006.

_____
Paul G. Rosenblatt
United States District Judge