**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hypercom Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Verve L.L.C., and Omron Corporation,<br><br>    Defendants. | CAUSE NO. CV04-0400 PHX PGR<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME FOR OMRON CORPORATION TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendant Omron Corporation ("Omron") and the plaintiff, Hypercom Corporation ("Hypercom"), have requested that the Court approve the stipulation entered into by Omron and Hypercom and grant Omron an extension of time, to and including January 12, 2006, to file a reply and any supporting memoranda or supplemental statement of facts in support of Omron Corporation's Motion For Summary Judgment. The Court, being fully advised, now GRANTS the stipulation.

IT IS ORDERED that Omron shall have to and including January 12, 2006, to file a reply and any supporting memoranda or supplemental statement of facts in support of Omron Corporation's Motion For Summary Judgment.

DATED this 10th day of January, 2006.

_____
Paul G. Rosenblatt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26