**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hypercom Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Omron Corporation,<br><br>    Defendant. | NO. CV04-0400 PHX PGR<br><br>**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE AND SERVE EXPERT WITNESS REPORTS** |

The defendant, Omron Corporation ("Omron"), has requested that the Court approve its Unopposed Motion For Extension Of Time To Disclose And Serve Expert Witness Reports and grant Omron an extension of time, to and including April 17, 2006, to disclose its expert witnesses and serve its expert reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. The Court, being fully advised, now GRANTS the motion.

IT IS ORDERED that Omron shall have to and including April 17, 2006, to disclose its expert witnesses and serve expert reports pursuant to Rule 26(a)(2)(B).

DATED this 29th day of March, 2006.

_____
Paul G. Rosenblatt
United States District Judge