1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Hypercom Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Omron Corporation,<br><br>　　　　　Defendant. | NO. CV 04-0400 PHX PGR<br><br>**ORDER ON MOTION FOR SECOND EXTENSION OF TIME TO DISCLOSE AND SERVE EXPERT WITNESS REPORTS AND FIRST EXTENSION OF TIME TO COMPLETE EXPERT WITNESS DEPOSITIONS** |

The defendant, Omron Corporation ("Omron"), has requested that the Court grant its Motion For Second Extension Of Time To Disclose And Serve Expert Witness Reports And First Extension Of Time To Complete Expert Witness Depositions, allowing (1) Omron and the plaintiff, Hypercom Corporation ("Hypercom"), an extension of time, to and including May 1, 2006, to disclose their respective expert witnesses and serve the experts' written reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, and (2) Omron and Hypercom an additional two weeks, to and including May 22, 2006, to complete expert witness depositions.  The Court, being fully advised, now GRANTS the motion.

IT IS ORDERED that both Omron and Hypercom shall have to and including May 1, 2006, to disclose their expert witnesses and serve the experts' written reports pursuant to Rule 26(a)(2)(B).

1    IT IS FURTHER ORDERED that Omron and Hypercom shall have to and including

2 May 22, 2006, to complete expert witness depositions.

3    DATED this 3rd day of May, 2006.

4

5

6          Paul G. Rosenblatt
          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26