IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hypercom Corporation, | ) | No. CV 04-0400-PHX-PGR |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Omron Corporation, | ) | |
| Defendant. | ) | |

Pending before the Court is the Plaintiff Hypercom's Motion for a Settlement Conference (Doc. 143). Through its motion, Hypercom asks for the Court's intervention in order to facilitate a Settlement Conference in this case. Specifically, Hypercom requests that the Court "order and command the parties to appear and participate in good faith at a settlement conference before either a private mediator or a Magistrate Judge pursuant to 28 U.S.C. § 6365(b)(1)(A) and LRCIV 72.2(a)(5)." However, it is the Court's policy to refrain from ordering parties to attend any type of settlement conference or mediation unless all parties are in agreement. Presently, the Defendant has not given its commitment to participate in a settlement conference; therefore, the Plaintiff's motion must be denied.. If the parties find that Court intervention is necessary, a joint request can be made for a Settlement Conference to be held before the Court. Therefore,

IT IS ORDERED that the Plaintiff Hypercom's Motion for a Settlement Conference (Doc. 143) is DENIED.

DATED this 7th day of September, 2006.

_____
Paul G. Rosenblatt
United States District Judge

_____
Paul G. Rosenblatt
United States District Judge